

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,269-01

### EX PARTE CEDRIC DAMAR FORD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 19F1203-202-A IN THE 202ND DISTRICT COURT FROM BOWIE COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of tampering with or fabricating physical evidence and sentenced to ten years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal through no fault of his own. Based on the record, the trial court has found that Applicant should be granted a late appeal. This Court agrees. Relief is granted. *See Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006).

Applicant may file an out-of-time appeal of his conviction in cause number 19F1203-202 from the 202nd District Court of Bowie County. Within ten days from the date of this Court's

mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: January 15, 2025
Do not publish